928

No. 787, Misc. THOMPSON *v.* MACHROWICZ, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *B. J. Tennery* for petitioner. *Solicitor General Griswold* for respondent.

No. 793, Misc. BROWN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Peter J. O'Connor* for respondent.

No. 817, Misc. SARTAIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 819, Misc. WALL *v.* PATE, WARDEN. Cir. Ct. Will County, Ill. Certiorari denied.

No. 820, Misc. GOODMAN *v.* PATE, WARDEN. Crim. Ct. Cook County, Ill. Certiorari denied.

No. 822, Misc. LEWIS *v.* PATE, WARDEN, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 827, Misc. CHASE *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 828, Misc. PIERCE *v.* FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 832, Misc. CARTER *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 836, Misc. CLARK *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.